United States District Court

Eastern District of California

Donald Williams, et al.,

    Plaintiffs,                  No. Civ. S 05-0501 MCE PAN P

  vs.                            Order

T. Felker, et al.,

    Defendants.

-oOo-

    Plaintiffs Williams and Burns are state prisoners without counsel litigating a civil rights action.

    May 13, 2005, plaintiff Williams filed a motion to amend the complaint. A plaintiff may amend his pleading as of right before any defendant has appeared by filing an amended complaint complete in itself to state all of his claims. Fed. R. Civ. P. 15. However, in this case any amended complaint, as any other filing, must be signed by both plaintiffs. A litigant appearing pro se has no authority to proceed on behalf of any one other

1 than himself.  <u>Russell v. United States</u>, 308 F.2d 78, 79 (9th
2 Cir. 1962); <u>C.E. Pope Equity Trust v. United States</u>, 818 F.2d 696
3 (9th Cir. 1987).
4     Plaintiffs may amend their complaint without leave of the
5 court.  If no amended pleading is filed within 20 days, the court
6 will screen the original complaint and determine which defendants
7 are appropriate for service.
8     So ordered.
9     Dated:  May 19, 2005.

                                       /s/ Peter A. Nowinski
                                       PETER A. NOWINSKI
                                       Magistrate Judge