United States District Court

Eastern District of California

| | |
|---|---|
| Donald Williams, et al., | |
| Plaintiffs, | No. Civ. S 05-0501 MCE PAN P |
| vs. | Findings and Recommendations |
| T. Felker, et al., | |
| Defendants. | |

-oOo-

Plaintiff Burns has not filed anything in many months and the record reflects Burns' co-plaintiff Williams long has been unable to correspond with him.

December 28, 2005, the court ordered plaintiff Burns to show cause, within 20 days, why it should not deem his application to proceed in forma pauperis withdrawn and dismiss his claims without prejudice pursuant to Fed. R. Civ. P. 41(a). He did not respond.

Good cause appearing, the court hereby recommends plaintiff

Burns' application to proceed in forma pauperis be deemed withdrawn and his claims be dismissed without prejudice.  Fed. R. Civ. P. 41(a).

Pursuant to the provisions of 28 U.S.C. § 636(b)(l), these findings and recommendations are submitted to the United States District Judge assigned to this case.  Written objections may be filed within 20 days of service of these findings and recommendations.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The district judge may accept, reject, or modify these findings and recommendations in whole or in part.

Dated:  February 7, 2006.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge