IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD WILLIAMS,                         No. 2:05-cv-0501-MCE-JFM-P

     Plaintiff,

  v.                                     ORDER

T. FELKER, et al.,

     Defendants.
_____/

On March 10, 2006, Plaintiff Brian Burns filed a Request for Reconsideration of the Magistrate Judge's Order filed March 1, 2006 severing plaintiff Burns' claims from those of plaintiff Williams, providing that Plaintiff Williams will be the sole Plaintiff in this action, and directing the Clerk of the Court to open a new action for Plaintiff Burns.[1]

///

---

[1] Plaintiff Burns also requested an Extension of Time to proceed with the action.  That request is denied without prejudice to its renewal before the magistrate judge, as appropriate, in a motion filed in Plaintiff Burns' new action.

1

1  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's
2  orders shall be upheld unless "clearly erroneous or contrary to
3  law."  Upon review of the entire file, the Court finds that it
4  does not appear that the magistrate judge's ruling was clearly
5  erroneous or contrary to law.
6      Therefore, IT IS HEREBY ORDERED that, upon reconsideration,
7  the Order of the magistrate judge filed March 1, 2006, is
8  affirmed.
9  DATED: June 1, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2