IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD WILLIAMS,

    Plaintiff,                           No. CIV S-05-0501 MCE PAN P

    vs.

T. FELKER,

    Defendants.

_____/

BRIAN BURNS,

    Plaintiff,                           No. CIV S-06-0430 MCE PAN P

    vs.

T. FELKER,

    Defendants.

_____/        <u>ORDER</u>

        On March 1, 2006, this court issued an order severing the claims of plaintiff Brian Burns from those of plaintiff Donald Williams. On March 10, 2006, plaintiff Burns filed a document styled as a motion for an extension of time and an objection to the severance order, and on March 17, 2006, he filed a request for a copy of the complaint. Both filings bore the case

1

1  number assigned to plaintiff Donald Williams.  Plaintiff Burns is advised that future filings
2  regarding his civil rights actions must bear the appropriate corresponding case number (CIV S-
3  06-0430 MCE PAN P).
4        Accordingly, IT IS HEREBY ORDERED that:
5        1.  The Clerk of the Court is directed to transfer plaintiff Burns' documents dated
6  March 10, 2006, and March 16, 2006, from case No. CIV S-05-0501 MCE PAN P to case No.
7  CIV S-06-0430 MCE PAN P.
8        2.  Plaintiff Burns is ordered to file all future documents in his civil rights action
9  with the appropriate case number (CIV-S-06-0430 MCE PAN P).
10 DATED: July 31, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

14
burn0430.order