IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD WILLIAMS,

        Plaintiff,                    No. CIV S-05-0501 MCE EFB P

       vs.

T. FELKER, et al.,

        Defendants.           ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed so that he may proceed solely on his subsequently filed action.[1]  Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated:  November 8, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] See Case No. S-06-0160 FCD KJM, filed January 23, 2006.